1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. ALLISON, # 179741
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax: 916-498-5710
   Linda_allison@fd.org
5
   Attorney for Defendant
6  STEVEN DOMINGO

7                        IN THE UNITED STATES DISTRICT COURT

8                       FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        ) Case No:  2:21-cr-119-TLN
   |                                  )
11 |         Plaintiff,                )
   |                                  ) STIPULATION AND ORDER
12 | vs.                               ) TO CONTINUE STATUS CONFERENCE
   |                                  )
13 | STEVEN DOMINGO,                   ) Date:  August 19, 2021
   |                                  ) Time: 9:30 a.m.
14 |         Defendants.                ) Judge: Hon. Troy L. Newman
   |                                  )
15 |                                  )

16    IT IS HEREBY STIPULATED between the parties through their respective counsel,

17 Assistant United States Attorney Jill Thomas and Assistant Federal Defenders Linda C. Allison,

18 attorney for Steven Domingo that the status conference hearing set for August 19, 2021 be

19 continued to October 7, 2021 at 9:30 a.m.

20    The reason for this continuance is that Defense counsel needs additional time review the

21 discovery with her client and to continue with an investigation.

22    The parties further stipulate and agree to exclude time from the date of this stipulation

23 August 19, 2021 to October 7, 2021 under the Speedy Trial Act (18 U.S.C. § 3161

24 (h)(7)(B)(iv))(Local Code T4).

25 / / /

26 / / /

27 / / /

28 / / /

| | | |
|---|---|---|
| 1 | Dated: August 17, 2021 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | | |
| 4 | | */s/ Linda C. Allison*<br>LINDA C. ALLISON |
| 5 | | Assistant Federal Defenders<br>Attorneys for Defendant<br>STEVEN DOMINGO |
| 6 | | |
| 7 | Dated: August 17, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 8 | | |
| 9 | | */s/ Linda C. Allison for*<br>JILL THOMAS |
| 10 | | Assistant United States Attorneys |

**ORDER**

IT IS HEREBY ORDERED that the status conference hearing set for August 19, 2021 at 9:30 a.m. be continued to October 7, 2021 at 9: 30 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though October 7, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: August 17, 2021

Troy L. Nunley
United States District Judge