1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ALSTYN BENNETT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00119-JAM |
|                           |          2:15-CR-00165-JAM |
| Plaintiff, | |
| v. | STIPULATION SETTING STATUS CONFERENCE AND EXCLUDING TIME PERIOD UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| STEVEN DOMINGO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, *United States v. Steven Domingo*, Case No. 2:21-cr-00119-TLN was related to *United States v. Steven Domingo*, Case No. 2:15-cr-00165-JAM, and was reassigned the following Case Number: 2:21-cr-00119-JAM.

2.  There are currently no pending dates set for either case.

3.  By this stipulation, the parties now move to set a status conference on November 16, 2021 at 9:30 AM, and to exclude time between October 13, 2021 and November 16, 2021, under Local Code T4.

4.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case

includes investigative reports and related documents, criminal history documents, other paper documents totaling approximately 25 pages, and video.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      In light of this discovery, and based on counsel's own investigation concerning the defendant's circumstances, counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to those charges, to obtain additional records related to this matter, to review and copy discovery for this matter, to inspect physical evidence seized and/or otherwise available concerning this matter, to discuss potential resolutions with her client, to consider and/or prepare pretrial motions, and to otherwise prepare for trial.

      c)      Moreover, in addition to the general public-health concerns presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because counsel have been encouraged to telework and minimize personal contact to the greatest extent possible.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 13, 2021 to November 16, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/////

5.	Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 13, 2021	PHILLIP A. TALBERT
	Acting United States Attorney

	/s/ ALSTYN BENNETT
	ALSTYN BENNETT
	Assistant United States Attorney

Dated: October 13, 2021	/s/ LINDA ALLISON
	LINDA ALLISON
	Counsel for Defendant
	STEVEN DOMINGO

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: 10/13/2021	/s/John A. Mendez
	THE HONORABLE JOHN A. MENDEZ
	UNITED STATES DISTRICT COURT JUDGE