HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
STEVEN DOMINGO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:15-cr-00165-JAM |
| | 2:21-cr-00119-JAM |
| Plaintiff, | |
| | **STIPULATION AND ORDER** |
| vs. | **TO CONTINUE SENTENCING** |
| | |
| STEVEN DOMINGO, | Date: September 27, 2022 |
| | Time: 9:30 a.m. |
| Defendants. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney Alstyn Bennett and Assistant Federal Defenders Linda C. Allison, attorney for Steven Domingo that the Sentencing hearing re TSR Violation set for September 27, 2022 be continued to October 18, 2022 at 9:00 a.m.

Defense counsel requests additional time to consult with her client and prepare for sentencing.

The Government and Probation do not oppose this request.


Dated: September 21, 2022          Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Linda C. Allison*
                                    LINDA C. ALLISON
                                    Assistant Federal Defenders
                                    Attorneys for Defendant
                                    STEVEN DOMINGO

1  Dated: September 21, 2022       PHILLIP A. TALBERT
                                   United States Attorney
2

3                                  */s/ Alstyn Bennett*
                                   ALSTYN BENNETT
4                                  Assistant United States Attorney

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS HEREBY ORDERED that the Sentencing hearing set for September 27, 2022 at 9:30 a.m. be continued to October 18, 2022 at 9:00 a.m.

Dated:  September 21, 2022                     /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              SENIOR UNITED STATES DISTRICT JUDGE