```
HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Linda_Harter@fd.org

Attorney for Defendant
STEVEN DOMINGO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN DOMINGO,<br><br>Defendants. | Case No: 2:15-cr-00165-JAM<br>         2:21-cr-00119-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: March 7, 2023<br>Time: 9:00 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney Alstyn Bennett and Assistant Federal Defenders Linda C. Allison, attorney for Steven Domingo that the Sentencing hearing in both cases set for March 7, 2023 be continued to April 18, 2023 at 9:00 a.m.

Counsel for Mr. Domingo requests additional time to consult with her client and to prepare for sentencing. The Government and US Probation do not oppose this request.

Dated: March 1, 2023                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Linda C. Harter*
                                        LINDA C. HARTER
                                        Assistant Federal Defenders
                                        Attorneys for Defendant
                                        STEVEN DOMINGO

Dated: March 1, 2023						PHILLIP A. TALBERT
								United States Attorney


								*/s/ Alstyn Bennett*
								ALSTYN BENNETT
								Assistant United States Attorney

**ORDER**

    The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

    IT IS HEREBY ORDERED that the Sentencing hearing set for March 7, 2023 at 9:00 a.m. be **CONTINUED** to **April 18, 2023** at **9:00 a.m**.

Dated: March 3, 2023                 /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE